UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-CR-20073-MOORE/D'ANGELO(SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

Rishi Kapoor

    Defendant,
_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 6th day of March 2026.

_____
Marty F. Elfenbein
**UNITED STATES MAGISTRATE JUDGE**