# MINUTE ORDER

Page 1

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**   Date: 3/6/26   Time: 2:00 p.m.

| | |
|---|---|
| Defendant: Rishi Kapoor | J#: 46389-512   Case #: 26-CR-20073-MOORE/D'ANGELO ~~(SEALED)~~ |
| AUSA: Elizabeth (Beth) Young | Attorney: Fred Schwartz (TEMP) |
| Violation: Consp to Commit Wire Fraud. Wire Fraud. Money Laundering. Consp to Commit Offenses against, and to Defraud The U.S. Failure to Account for and Pay Over Trust Fund Tax. Attempt to Evade or Defeat Tax. Failure to File Tax Returns. Bank Fraud. | Surr/Arrest Date: 3/6/26   YOB: 1984 |

Proceeding: Initial Appearance   CJA Appt:

Bond/**PTD Held**: ☑ Yes  ☐ No   Recommended Bond:

Bond Set at: _____   Co-signed by: _____

| Conditions | Disposition |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ Report to PTS as directed/or ___ x's a week/month by phone; ___ x's a week/month in person | **Disposition:** |
| ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary | Defendant advised of rights and charges. |
| ☐ Refrain from excessive use of alcohol | **Government ore tenus motion to unseal -GRANTED-. ** BRADY ORDER NOT GIVEN **** |
| ☐ Participate in mental health assessment & treatment | Defense counsel filed a temporary notice of appearance in open court. |
| ☐ Maintain or seek full-time employment/education | Government seeks PTD based on risk of flight. |
| ☐ No contact with victims/witnesses, except through counsel | **Joint ore tenus motion for PTD hearing -GRANTED-.** |
| ☐ No firearms | Detention hearing held, the Government offered exhibits for the Court's review. Exhibits to be filed. |
| ☐ Not to encumber property | Special Agent: Austin Steelman sworn and testified. |
| ☐ May not visit transportation establishments | **Government ore tenus motion for PTD -GRANTED-.** |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___ | The Court Ordered the Defendant detained Pretrial Detention based on risk of flight. Proposed Order due Monday March 9, 2026, by the close of business. |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Travel extended to: | |
| ☐ Other: | |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | **3/20/26** | **10AM** | **DUTY** | **MIAMI** |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **3/20/26** | **10AM** | **DUTY** | **MIAMI** |
| Status Conference RE: | | | | |

D.A.R. **14:22:23; 15:00:59; 17:57:44**   Time in Court: **3 hrs & 30 mins**

s/Marty F. Elfenbein   Magistrate Judge