**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20073-MOORE**

**UNITED STATES OF AMERICA**

**v.**

**RISHI KAPOOR,**

**Defendant.**
_______________________________/

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE**
**SENTENCING TO THE WEEK OF AUGUST 24, 2026**

The United States hereby files this unopposed motion to continue Rishi Kapoor's sentencing.

1. On March 3, 2026, the grand jury returned a 37-count indictment against Kapoor, charging him with the following offenses: conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count 1); wire fraud, in violation of 18 U.S.C. § 1343 (Counts 2-7); money laundering, in violation of 18 U.S.C. § 1957(a) (Counts 8-12); conspiracy to commit offense against, and to defraud, the United States, in violation 18 U.S.C. § 371 (Count 13); failure to account for and pay over trust fund tax, in violation of 26 U.S.C. § 7202 (Counts 14-25); attempt to evade or defeat tax, in violation of 26 U.S.C. § 7201 (Counts 26-27); failure to file tax returns, in violation of 26 U.S.C. § 7203 (Counts 28-32); and bank fraud, in violation of 18 U.S.C. § 1344 (Counts 33-37).
2. Kapoor was arrested on the charges in the Indictment on March 6, 2026.
3. On May 15, 2026, Kapoor plead guilty to two counts in the Indictment (Counts 10 and 13) (DE46).
4. The Court set the sentencing for August 6, 2026 (DE51).

5. The undersigned Assistant United States Attorney is out of the country on August 6, 2026, and returns to the District on August 14, 2026.

6. Counsel for Kapoor do not oppose a short continuance of the sentencing date to accommodate the assigned AUSA's out of country travel. The parties are available the week of August 24, 2026, should that work for the Court. The parties can of course propose additional dates in the event that week does not work for the Court.

Dated: June 5, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

By: /s/ Elizabeth Young
ELIZABETH YOUNG
DAYA NATHAN
Assistant United States Attorneys
Court ID No. A5501858
Elizabeth.Young@usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (786) 761-3153