UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States v. Rishi Kapoor
Case No. 1:26-cr-20073-KMM

**INDEX OF CHARACTER LETTERS**

| Tab | Author | Relationship to Mr. Kapoor |
|---|---|---|
| **INVESTORS** | | |
| 1 | Francisco Garcia | Investor and longtime friend |
| 2 | Jeffrey B. Kaplan, Esq. | Attorney; former investor |
| 3 | Madeline Chatt | Former investor |
| **FAMILY** | | |
| 4 | Jennie Frank Kapoor | Wife |
| 5 | Brij M. Kapoor | Father (physicians' statements attached) |
| 6 | Romy Kapoor, Esq. | Brother |
| 7 | Shiv K. Kapoor, Lt. Col., USAF (Ret.) | Brother |
| 8 | Jan Kapoor | Stepmother |
| 9 | Cheryl and Dennis Frank | Mother- and father-in-law |
| 10 | Adam Burnett | Brother-in-law |
| 11 | Nick Burnett | Brother-in-law |
| **COLLEAGUES** | | |
| 12 | Raymond Gonzalez | Chief Technology Officer, Location Ventures; colleague of more than ten years |
| 13 | Boris Grandison | Project Manager, Location Ventures |
| 14 | Reinaldo Borges | Architect, Borges + Associates |
| 15 | Andrew Falsetto | F&B Partner, Location Ventures; co-owner of Ariete Hospitality Group |
| 16 | Michael Beltran | F&B Partner, Location Ventures; co-owner of Ariete Hospitality Group |
| **FRIENDS OF LONG STANDING** | | |
| 17 | Harrison Winter | Friend of more than twenty years |
| 18 | Douglas Jay Goldman | Friend of more than twenty years; educator |
| 19 | Lee DeDore | Friend of more than twenty years |
| **COMMUNITY LEADERS** | | |

| Tab | Author | Relationship to Mr. Kapoor |
|---|---|---|
| 20 | Col. James Fowler, USAF (Ret.), and Ramona Fowler | Family friends, foundation, and civic board leadership |

*Twenty letters from twenty-two writers are submitted with counsel's cover letter. Tabs follow the order in which the letters are discussed in the cover letter. Any letters received after this filing will be submitted under separate cover.*

| INVESTORS | |
|---|---|
| Francisco Garcia | Investor and longtime friend |
| Jeffrey B. Kaplan, Esq. | Attorney; former investor |
| Madeline Chatt | Former investor |

July 29, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr.
United States Courthouse

Re: Character Letter for Rishi Kapoor

Dear Judge Moore,

My wife and I invested $100,000 in one of Rishi Kapoor's condominium projects, and we lost that money. I begin with that fact because I believe it is important for the Court to understand the perspective from which I write. I am not someone whose relationship with Rishi was untouched by the collapse of Location Ventures. Even after experiencing a significant financial loss, however, I believe Rishi is capable of learning from what happened and making something meaningful of a second chance.

My wife, Niliana, and I have known Rishi and his wife, Jennie, since approximately 2015, when we all worked in connection with OceanLand Investments. Rishi served as a marketing and later sales director for the developer, while Niliana was a lead salesperson selling luxury condominiums. I worked in outside sales and brought prospective buyers to developers. Through that work, the four of us developed both a professional relationship and a genuine friendship.

From my position outside the development company, I saw Rishi as someone with an exceptional work ethic. He worked long hours, made connections easily, and knew how to bring the right people together. To the best of my knowledge, those working with him at OceanLand were pleased with his performance. He was ambitious and resourceful, and he put considerable energy into whatever he was trying to accomplish.

I saw the benefit of those qualities firsthand when my son graduated from Syracuse University and was searching for a position in finance. Rishi helped connect him with a manager at Merrill Lynch and arranged an introduction. My son earned the job on his own merits, but Rishi was instrumental in creating the opportunity. He recognized how the connection might benefit everyone involved and took the initiative to bring the people together. That was typical of him. He was always networking, making introductions, and looking for ways people could help one another succeed.

In 2018, when Rishi launched Villa Valencia as his first luxury condominium project, Niliana and I invested $100,000. That was a significant amount of money for us. Rishi also relied on our sales experience and welcomed our advice as the project progressed. Our professional and personal relationships deepened during that period, and Niliana became almost like a big sister to him.

We later worked closely with Rishi's team in connection with the Edition Fort Lauderdale project. In 2022 and 2023, we brought multiple prospective sales to the project and served as an ambassador team. Because our office was nearby, we were able to offer insight into Fort Lauderdale buyers and the local market. Those experiences allowed me to observe Rishi not only as a friend, but also as a developer who had entered a much larger and more demanding level of business.

Rishi became successful very quickly. In my view, he entered what I would describe as the land of the giants, where the players had substantial resources and deep pockets. There is no simple roadmap for handling that degree of growth or learning how to operate at that level. Rishi was an entrepreneur and a risk taker who tried to keep moving forward as the business became larger and more complicated. Ultimately, he got in over his head, and the problems became far greater than he anticipated.

I recognize that Rishi has admitted to serious wrongdoing and that other people were harmed. My financial loss does not compare to every consequence suffered by others, and I do not offer this letter to erase or excuse what occurred. I do believe, however, that there is a difference between holding someone accountable and concluding that the person has nothing more to contribute.

When Location Ventures collapsed in 2023 and we lost our investment, my relationship with Rishi and Jennie became strained. We had trusted the project and expected that our money would eventually be returned. It was a painful and upsetting experience.

In 2024, Rishi came to our brokerage office at Engel & Völkers Fort Lauderdale to see us in person. He did not avoid us. He came to apologize, explain himself, and allow us to ask whatever questions we wanted. He told us that he wanted to repair the relationship. That conversation did not restore the money we lost, but it mattered that he faced us directly and attempted to make amends.

We chose to forgive him and help both him and Jennie begin rebuilding their lives. We invited them to our home for Christmas dinner. We offered Jennie the opportunity to hold her real estate license with Engel & Völkers, where she remains employed, and we helped mentor her as she developed her career. We did those things because, despite what had happened, we believed they were good and capable people going through an extremely difficult period.

Rishi was especially focused on helping Jennie succeed. He understood that her real estate career could give them a way to support themselves and move forward after losing so much. I have seen how close they are and how much they mean to one another. Jennie has continued to love and support her husband through circumstances that have placed enormous pressure on both of them.

Rishi has also continued to face the consequences of what happened rather than disappearing when the problems first surfaced. There was a long period during which he could have left, but he remained and attempted to address the situation. I believe that willingness to stay, confront people such as my wife and me, and deal with the consequences should be considered when evaluating who he is today.

I have owned and operated businesses for many years, including spending approximately thirty years in the bar business. I have seen people experience remarkable success, serious failure, and everything in between. One lesson I have learned is that people rarely grow from their victories alone. They learn from their losses. Some people fail several times before finally applying those lessons and building something successful and responsible.

I believe strongly in second chances because I have seen people do things they were not proud of, receive another opportunity, and go on to excel. Whether reputational damage defines the rest of Rishi's life will depend largely on what he chooses to do next. He can remain consumed by what others think of him, or he can keep his head down, work honestly, and allow his future conduct to show what he has learned.

My wife and I are in a position to judge that question from a perspective that few others share. We lost $100,000 in a project connected to Rishi, yet we were still willing to reconcile with him, support his wife, and remain in their lives. We did not make that decision because the loss was insignificant. We made it because we believed the person standing before us in 2024 was sincerely trying to accept what had happened, repair damaged relationships, and begin again.

I would not have a problem working with Rishi in the future. I still see someone who is intelligent, hardworking, resourceful, and unusually skilled at connecting people. Those same qualities that once fueled his rapid professional rise can be directed toward responsible and productive work if he is given the opportunity to use them differently.

Rishi still has a great deal to offer. He has experienced tremendous loss, but he also has the ability to decide what those losses will teach him. Based on the man I knew before Location Ventures, the way he personally approached us afterward, and the changes I have observed during the past few years, I believe he is capable of rebuilding his life and making better use of his talents.

I respectfully ask the Court to consider that capacity for growth when imposing its sentence. My wife and I have already chosen to give Rishi and Jennie a second chance, even after losing a substantial investment. We did so because we believe Rishi is more than the worst decisions he made and because we believe he can still contribute positively to his family, his profession, and his community.

Respectfully,

*Francisco Garcia*

Francisco Garcia
francisco.garcia@engelvoelkers.com
(561) 722-8905

KRP2
KAPLAN • ROTHSTEIN
PRÜSS • PERAZA

Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH 2B
Coconut Grove, Florida 33133
(305) 374-1920 (Miami)
(424) 202-3656 (Los Angeles)
(888) 578-6255 (Toll-Free)

August 17, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Letter in Support of Rishi Kapoor

Dear Judge Moore,

I have known Rishi Kapoor for more than a decade, and my perspective on him is informed by both a longstanding professional relationship and my own career representing victims of investment fraud. I am a founding partner of Kaplan Rothstein Prüss Peraza, P.A. and have practiced law for approximately thirty years, with a substantial portion of my practice devoted to securities arbitration and litigation, including the representation of individual and institutional investors who have suffered losses through investment fraud and stockbroker misconduct. I have also served two terms on FINRA's National Arbitration and Mediation Committee, which draft the rules that govern FINRA arbitration proceedings. A large portion of my career has involved examining the circumstances under which legitimate business ventures can go badly wrong.

I knew Rishi fairly well before Location Ventures existed. We first met when his marketing business developed and ran my law firm's website and search engine optimization. His office also was located in my building, so we interacted regularly over the years. I found him diligent, thoughtful, professional, and very good at what he did.

When Rishi eventually transitioned into real estate development, the move did not strike me as unusual. Real estate development is one of South Florida’s main industries, and Rishi had told me that members of his family had experience in the field. He also was an excellent salesman who displayed the vision, confidence, and enthusiasm that made people want to listen to his ideas. I applauded his decision to pursue real estate development and watched from relatively close range as Location Ventures seemed to grow from a start up to a multi-faceted real estate venture.

Because we remained in the same building and he and his company continued serving as my firm’s website vendor, I saw Rishi periodically and attended some of the events he hosted for his real estate ventures. Eventually, I became an investor myself.

I remember an early meeting about one of Rishi's projects particularly well. Rishi met with myself and another attorney from my firm to discuss the offering documents he planned to use to raise money for a development project he was planning.

To be clear, my law and firm and I did not represent Rishi or his company with respect to any of his real estate business. At that time, I believe that Rishi and I had developed a mutual respect for one another and Rishi met with my colleague and me as a friend to hear our thoughts on his planned project. At that meeting, Rishi described his vision for a live-work-play development model. His excitement was palpable. Before breaking ground on his first such project, he already was talking about taking the concept nationally and building it into a billion-dollar enterprise. My advice to him was much simpler: focus on getting the first deal done successfully.

That exchange captures much of what I believe ultimately became Rishi's problem. His vision was compelling and grand, and I believed he genuinely wanted to create developments that were good for their communities and sensitive to the environment. But his aspirations began moving faster than the business itself. Rather than mastering one project and scaling gradually, he tried to build something much larger very quickly.

My professional experience made me particularly sensitive to the risks of that trajectory. In my career, I have seen legitimate businesses get into trouble when enthusiasm, ego, and rapid expansion overtake the underlying operation. People do not necessarily begin with bad intentions. Sometimes they take on more than they can manage, convince themselves that the next transaction will solve the last problem, and make progressively worse decisions trying to keep everything moving. Whether it be ego, hubris, in experience, or blind ambition, many principals who find themselves in such a situation do not or cannot admit to themselves or to investors that their ambitions were outpacing what was realistically possible through legitimate means. That does not excuse misconduct or lessen the harm to those who suffer losses, but it is a pattern I have observed throughout my professional life.

As Location Ventures expanded, I began seeing warning signs that concerned me. The business was scaling rapidly, and I became uncomfortable with aspects of the financial condition of the project in which I had invested. I ultimately told Rishi that the investment was no longer for me and asked whether someone could purchase my interest. I was able to recover my investment approximately three years before Location Ventures collapsed.

What is significant to me is how Rishi handled that conversation. He did not become hostile or make the process unnecessarily difficult simply because I wanted out. We had known each other for years before I ever invested with him, and our relationship survived my decision to leave the investment.

I do not pretend that what ultimately occurred at Location Ventures was simply the unavoidable consequence of a business growing too quickly. Serious mistakes were made and errors of judgement, and investors were harmed. Given what I do professionally, I understand that reality particularly well. At the same time, based on the Rishi I knew before he entered real estate, the vision he described to me when these projects were still beginning, and my own interactions with him as an investor, I do not believe he started down this road intending to defraud people. My impression is that he got ahead of himself. His desire to build something enormous exceeded his ability at that stage of his career to manage the scale he had created, and instead of scaling back when circumstances demanded it, his mistakes and poor decisions followed.

There is an important lesson in that failure. Rishi is intelligent enough to understand what went wrong. In my experience, however, intelligence alone is not what prevents someone from repeatin[...] n have a

way of teaching humility in a manner that professional success never can. I believe Rishi has had that experience.

It is unfortunate because Rishi had qualities that could have produced a very different outcome. Had he grown the business more deliberately and exercised better judgment, I believe he could have built something substantial. He is smart, creative, personable, and unusually capable of getting people interested in a vision. People want to work with him, spend time with him, and listen to his ideas. Those qualities can be enormously constructive when accompanied by discipline, perspective, and restraint.

For that reason, I believe Rishi still has something meaningful to offer. I have spent decades representing people who lost money through financial misconduct, so I do not reach that conclusion without appreciating the harm such conduct can cause. I also believe in recognizing when a person has the ability to learn from a profound failure. Rishi's life and career have been fundamentally altered by what happened. My hope is that the humility learned through this experience will allow the intelligence, creativity, and ability to bring people together that I saw in him for many years to be used much differently in the future.

I respectfully ask the Court to take that potential into consideration when determining an appropriate sentence.

Respectfully,

Jeffrey B. Kaplan
Jkaplan@krp2.com
(305) 582-1081

Madeline Chatt
P.O. Box 274
San Antonio, Puerto Rico 00690
305-498-5750
madeline.chatt@gmail.com

August 18, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

RE: Character Letter for Rishi Kapoor

Dear Judge Moore,

My experience with Rishi Kapoor began entirely through business. I moved to Puerto Rico in 2015 but continued traveling regularly between Puerto Rico and Miami, where I owned a condominium at Orduna Court near the University of Miami. In 2017, Rishi was working to acquire the individual condominiums in the building with plans to convert the property into apartments for college students. I owned one of those units, and that transaction is how we first met.

At the time, I had planned to keep my condominium even though I was already living in Puerto Rico. Rishi presented an opportunity to the owners, and after several conversations and meeting him for lunch during one of my visits to Miami, I ultimately agreed to sell my unit to him. The sale closed in 2017. I then chose to invest a portion of my sale proceeds into the project after the investment was reviewed by attorneys. My investment began in early 2018 and continued until I received my return in 2022.

This was my first significant investment that I had made on my own, and looking back, I was young and probably did not fully appreciate all of the potential risk involved. Nevertheless, my personal experience with the investment was a very good one. Throughout those four years, I received regular updates regarding the project, including quarterly reports, distribution information, financial statements, balance sheets, and information showing the activity in the project's bank accounts. When I had questions about what was happening, I could reach out, and Rishi and I occasionally met for lunch when I was in Miami.

My interactions with Rishi were always professional but warm. I never felt uncomfortable dealing with him or felt that there was something improper about the way he presented himself to me. He was kind, approachable, and willing to spend time discussing the investment. There was one occasion when an email was sent requesting a capital contribution, and I was somewhat put off because I did not receive a full explanation of the request. I did not make the contribution. Aside from that instance, however, I was satisfied with the communication I received throughout the investment.

Ultimately, I received a substantial return on the Orduna Court project. I remain very happy with my decision to invest and do not regret it.

Rishi later presented another real estate opportunity to me. Because my family in Puerto Rico operates a family business involving investments, I brought the opportunity to them, and Rishi took the time to make a presentation to my family. We ultimately decided not to invest in that project, but I appreciated the effort he made to explain what he was proposing.

By the time I first learned about the problems involving Location Ventures, my investment with Rishi had already concluded and we were no longer regularly in contact. Another former owner from Orduna Court emailed me a link asking whether Rishi was the same person being discussed publicly. I looked into what was being reported online, but I did not become involved and did not investigate the circumstances surrounding Location Ventures. For that reason, I cannot offer any firsthand opinion about what occurred there.

More recently, I reconnected with Rishi's wife, Jennie, who explained some of what they have been going through. I feel terrible for both of them and particularly for the effect this situation has had on Jennie as she works to establish her own career and manage the financial and reputational consequences that have followed.

My relationship with Rishi was primarily a business relationship, which is why I believe my experience is worth sharing with the Court. I did not know him before the Orduna Court transaction and had no personal history with him that influenced my decision to do business with him. I knew him as someone who purchased my condominium, later accepted me as an investor in one of his early multifamily projects, communicated with me throughout that investment, and ultimately provided me with a substantial return.

From those interactions, I came to know Rishi as a smart, entrepreneurial, and hardworking person. It takes a certain amount of courage and ability to create a business, build projects, and create jobs that support other families. Not everyone is willing or able to take on that responsibility. Whatever mistakes Rishi later made, I believe he possesses abilities that can still be put toward something productive and beneficial to others.

I can only speak to the experience I personally had with Rishi, and it was a positive one. I hope that as the Court considers his future, there will also be room for him to eventually use his intelligence, experience, and entrepreneurial abilities in a way that benefits others and allows him to make a positive contribution going forward.

Respectfully,

Madeline Chatt

| FAMILY | |
| --- | --- |
| Jennie Frank Kapoor | Wife |
| Brij M. Kapoor | Father (physicians' statements attached) |
| Romy Kapoor, Esq. | Brother |
| Shiv K. Kapoor, Lt. Col., USAF (Ret.) | Brother |
| Jan Kapoor | Stepmother |
| Cheryl and Dennis Frank | Mother- and father-in-law |
| Adam Burnett | Brother-in-law |
| Nick Burnett | Brother-in-law |

Jennie Frank Kapoor
3324 NE 34th St., #480039
Fort Lauderdale, FL 33348

July 27, 2026

Judge K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Character Letter for Rishi Kapoor

Dear Judge Moore,

My name is Jennie Frank Kapoor, and I am Rishi Kapoor's wife. I respectfully write this letter to share with you the man I have known for the past seventeen years and been married to for the past thirteen. As his wife, I have had the privilege of seeing every side of him through the happiest seasons of our lives and through the most difficult. I know the mistakes that have brought us here, but I also know the person he has always been at his core and the person he is striving to become.

Rishi and I met in Miami in 2009 through mutual friends at a dog park. We each had a dog, and one of the very first things that stood out to me was the love and care he showed toward his own. It immediately reflected the kind of heart he had. He was vibrant, intelligent, easy to talk to, and genuinely kind. At the time, he was finishing law school at the University of Miami, and I admired how dedicated he was to building his future while still enjoying life and appreciating many of the same things that I loved about Miami.

Our friendship developed naturally. We spent time together with friends before Rishi eventually asked if we could spend time together on our own. One of our first outings was to the beach, one of my favorite places. I remember how interested he was in learning about the things I enjoyed and how comfortable he made me feel. More than anything, he made me laugh. We could spend hours together simply enjoying each other's company. We later took a trip to Orlando with friends, and as we continued spending time together, our friendship became something much deeper. He helped me move into a new apartment, spent time helping me pick out furniture, and was always willing to help without expecting anything in return. Our relationship grew naturally from that foundation of friendship, trust, and genuine care for one another.

Throughout our marriage, Rishi has always encouraged me to pursue whatever brings me purpose and fulfillment. When we met, I worked at a zoo because I loved caring for animals. It was not a particularly high-paying profession, but he never once suggested that I leave simply because I could earn more somewhere else. He understood that animals were my passion, and he wanted me to continue doing what made me happy. That has always been who he is. He has never tried to define success for someone else. Instead, he encourages the people he loves to pursue what matters to them.

Family has always been incredibly important to me, and Rishi has always supported those relationships. Although work sometimes prevented him from traveling with me, he consistently encouraged me to spend time with my parents, my sister, my nieces, and my friends in Pennsylvania. He always wanted me to take time for myself, whether that meant visiting family, seeing friends, or simply taking care of myself. He celebrated my accomplishments, spoke proudly of me whenever we were together with others, and constantly reminded me that he appreciated everything I did for our family. His support has never been conditional. It has always come from a place of love.

We do not have children, but our two dogs are an important part of our family. Like when we first met, I still see the same compassion and gentleness in the way Rishi cares for them and for everyone around him. Our dogs are not just a part of our family, they are a part of our souls. We are grateful every day for the unconditional love and joy they bring to our lives.

One of the defining characteristics of Rishi has always been how deeply he cares about other people. He poured himself into his work because he genuinely believed he was responsible for providing for the people who depended on him. My husband worked endlessly, often to a fault. He cared deeply about his employees and about the people who invested with his business. He treated many of them like family, often spending more time with them than his own family to ensure they felt supported.

I personally watched Rishi create opportunities for people because he wanted them to succeed. He hired several of his college fraternity brothers because he believed in them and wanted them to provide for their own families. He brought a childhood friend back to the United States and gave both him and his wife jobs that would allow them to build a stable future and family together. He helped another employee financially so that they could afford IVF treatment and pursue their dream of having a child. My husband consistently encouraged people to grow within the company, gave them opportunities to learn new skills, and trusted them with increasing responsibility because he wanted to see them become leaders themselves.

Because of how personally he invested in people, it was devastating for him when relationships that he believed were built on loyalty fell apart. Many of these individuals had become close friends, and the loss of those relationships caused him tremendous pain. It was one of the hardest emotional experiences I have ever witnessed him endure.

The years surrounding this case were incredibly difficult for our marriage and for Rishi personally. As the pressure mounted, I watched him carry enormous stress. He began drinking heavily in an attempt to cope with everything he was carrying. What started as trying to take the edge off after work gradually became something much larger. I watched him become increasingly depressed. Although he met with a psychologist, I could see how much he was struggling internally. Watching my husband deteriorate mentally and physically was one of the most painful experiences of my life. At times, all I could do was helplessly watch from the sidelines, unable to stop what was happening.

The stress also affected him physically. He gained significant weight, developed severe eczema on his hands, and required medication to manage it. Looking back now, I can clearly see how much emotional pain he was trying to suppress.

Ironically, despite everything we have lost, this experience has also forced meaningful change in my husband's life. Since his arrest, he has stopped drinking entirely. His health has improved dramatically. The weight has come off, and the eczema that once covered his hands has disappeared even without the medication he previously needed. While our circumstances remain incredibly difficult, I have watched him begin accepting responsibility for where he is and focusing on becoming a healthier person emotionally, physically, and spiritually.

Perhaps the greatest change has been in what he values. For many years, work consumed nearly every part of our lives. His phone and computer constantly demanded his attention, and although I always knew how much he loved me, his work often came first because he believed he had to carry the weight of everyone depending on him. Today, that is no longer what defines him.

We have been able to reconnect with both of our families in ways that simply did not happen before. We spend meaningful time together without work constantly interrupting those moments. We have learned that material possessions are temporary, but relationships, faith, and time together are what truly matter. The simple, little blessings are what help to carry us through each day.

Our faith has become the foundation of our lives. Every day, we complete a Bible study together. I send him the daily reading while he is at the detention center, and we discuss what we are learning. We have intentionally chosen to build our future around God and

around serving others rather than pursuing the things that once occupied so much of our attention.

What has touched me most is seeing how he has chosen to spend his time while incarcerated. Rather than becoming bitter, he looks for ways to help the people around him. He often tells me stories about helping fellow detainees who struggle with reading comprehension. Many of them call him "Mr. Rishi", and he gladly spends his time helping them however he can.

One story that deeply moved me involved a fellow detainee who was struggling emotionally because he had been separated from his wife in Mexico and had not been able to meet his own child. Rishi recognized how dark that place felt because he had experienced similar despair himself. Instead of walking away, he sat with this man, shared his own experiences, offered encouragement rooted in faith, and continued checking on him afterward. That is who my husband is. Even in one of the hardest seasons of his own life, he looks for opportunities to lift someone else.

As we look toward the future, we have also begun building a different vision for our lives together. I have been working to rebuild myself professionally, and Rishi has been incredibly supportive in helping me think through that path. We have also spent time reconnecting with his family in Atlanta, where I have been helping care for his father and assisting with the management of a commercial building that supports their family. We are still determining exactly what comes next, but we know we want to build that future together with a shared purpose centered on our faith and on finding ways to serve others.

Through everything that has happened, one thing has never changed. Rishi has never become consumed by anger or resentment. Instead, he carries genuine sorrow for the pain that has been caused. He speaks often about wanting to become a better husband, a better son, a better brother, a better uncle, a better friend, and simply a better human being. I have watched those words become actions through the choices he makes every day.

I understand the seriousness of why we are before the Court. I also know the man I have shared my life with for the past seventeen years. His commitment to his family is unwavering and his heart remains compassionate, generous, and deeply caring. I believe with all my heart that the lessons he has learned through this experience will stay with him for the rest of his life.

Thank you for taking the time to read my letter and for considering my perspective as the person who knows Rishi best and truly loves him with all of my heart. I respectfully ask that you consider the man he is today, the growth I have personally witnessed, and the future I know he is committed to building as you determine an appropriate sentence.

Sincerely,

Jennie Frank Kapoor

Jennie Frank Kapoor
frank.jennie@gmail.com

(215) 237-6336

July 18, 2026

Honorable K. Michael Moore
United States District Court
Southern District of Florida

Re: United States v. Rishi Kapoor
Case No. 26-CR-20073

Dear Judge Moore:

My name is Brij M. Kapoor. I am 89 years old and reside in Atlanta, Georgia. I am the father of Rishi Kapoor, and I respectfully submit this letter for the Court's consideration at sentencing.

I have practiced law for more than fifty years after beginning my career as an aerospace engineer. Throughout my life, I have tried to live by the values of hard work, honesty, personal responsibility, and service to others, and I worked to instill those same values in my children. Today, however, I write to you not as an attorney, but simply as a father whose heart has been broken.

Rishi was born later in my life after his older brothers had already grown up. He was also the only child of his mother, who has since passed away after a lifetime of complications from diabetes. He truly was the apple of her eye. She loved him deeply and wanted to give him every opportunity she could. He had a happy childhood filled with love, encouragement, and stability.

As a young boy, Rishi was outgoing, friendly, and full of energy. He was well liked in our neighborhood, played sports, participated in school activities including drama, and always seemed to have friends around him. He was the kind of child who wanted to do well and make us proud. Looking back, I never imagined that his life would one day lead to this courtroom.

When Rishi left home at eighteen to attend the University of Miami, he never returned home to live. Miami became his home. I watched him grow into a bright, energetic, and caring young man. He excelled academically, earned a scholarship to attend the University of Miami, and later obtained both his undergraduate degree and his Juris Doctor there.

Throughout my career, I invested in commercial real estate while maintaining my law practice. Watching those investments succeed sparked Rishi's own interest in real estate. As his father, I occasionally provided him with financial assistance because I believed in him and wanted to help him pursue his goals, just as I always tried to support my children. I was focused on my own law practice and trusted that he was building a successful career.

As his career developed, I believed he was succeeding. I saw him receive professional recognition and watched him build what appeared to be a successful career. Like any father, I was proud of what I believed he had accomplished.

While no one can excuse the conduct that brings his case before the Court, I want to share with you the person I have known throughout his life. Rishi has always been generous with his time and attention toward family, friends, and members of our community. As a young man, he organized activities for neighborhood children, participated in community events, and remained closely connected to family members both in the United States and abroad. He has always been someone who enjoyed bringing people together and helping those around him whenever he could.

Following the death of his mother, Rishi helped our family navigate one of the most difficult periods of our lives. He accompanied me to India to fulfill important family and religious obligations and remained a source of support and comfort during that time. He has always maintained strong ties to our family and our cultural traditions.

Since his arrest, I have witnessed a profound change in my son. He has accepted responsibility for his actions and understands that his conduct has caused harm to others, including investors, his family, and those who believed in him. I have seen him spend countless hours reflecting on the consequences of his decisions and the damage that has resulted. The experience has been devastating for him and for all of us who love him. I know Rishi carries deep remorse for the pain that has been caused, and it has been painful to watch him come to terms with the consequences of his actions while trying to become a better man.

I also respectfully ask the Court to consider my age and health when determining an appropriate sentence. Any lengthy period of incarceration will affect not only Rishi, but also an aging father who depends on him every day. During the past three years, I have undergone five surgeries, including cardiac procedures, multiple back surgeries, and treatment for significant urological conditions. I also live with substantial hearing loss. Before his arrest, Rishi was my primary local caregiver, helping me with transportation to medical appointments, household responsibilities, and many of the daily tasks that have become increasingly difficult as I have aged. At this stage of my life, his support is not merely a convenience. It is essential to my ability to remain independent and continue living safely in my own home.

Despite his mistakes, I believe Rishi remains capable of contributing positively to society. He is intelligent, hardworking, and capable of growth. More importantly, I believe he is genuinely remorseful and committed to becoming a better man. I remain hopeful that he will have the opportunity to rebuild his life, continue caring for his family, and make meaningful contributions to others.

Thank you for your time, your consideration, and your service to our system of justice.

Respectfully submitted,

Brij M. Kapoor
Brij M. Kapoor
9475 Huntcliff Trace
Atlanta, Georgia 30350
attykapr@aol.com
(404) 519-3333

Apr/24/2025 6:03:58 PM Test 101 1/3

# MEDICAL NARRATIVE
# OF DR. TAPAN K. DAFTARI, MD

I am Dr. Tapan K. Daftari. I am a board-certified orthopedic surgeon specializing in spine surgery. I have practiced spinal orthopedic surgery for over 30 years in the Atlanta, Georgia metropolitan area. My medical degree is from Northwestern University School of Medicine. I completed my orthopedic surgical residency at Emory University School of Medicine in 1994. I completed a spinal surgery fellowship at William Beaumont Army Hospital. I am licensed to practice in the state of Georgia. At all times relevant to this narrative I was and am currently an orthopedic surgeon with Resurgens Orthopaedics and have privileges at numerous Atlanta area hospitals, including Wellstar Hospitals in Cobb, Kennestone and Douglas. My primary areas of practice are reconstructive spine surgery and treatment of neck and back injuries.

Brij Kapoor is a pleasant elderly man that presented to Resurgens Orthopaedics on May 19, 2022, following a rear-end motor vehicle collision on May 10, 2022, in which he was a restrained driver. Prior to the collision, Mr. Kapoor had been treating with Resurgens Orthopaedics for pain in his right sacroiliac joint (SI Joint). The SI Joint is the joint that connects the sacrum – the tailbone – to the pelvis and is distinct from the lumbar region (low back) of the spine. Prior to the collision, Mr. Kapoor's pain was well managed with him periodically receiving steroid injections to his SI joint as a conservative pain management treatment. Steroid injections are an x-ray guided procedure that enables the physician to inject an anti-inflammatory steroid and anesthetic (numbing medicine) into painful joints and nerves. After Mr. Kapoor's last SI joint injection prior to this incident, he reported 95% pain relief.

Following the collision, Mr. Kapoor reported increased and constant low back pain. Mr. Kapoor reported pain levels at 7 out of 10 at this examination. Initially Mr. Kapoor's symptoms were treated as an aggravation of his previous SI Joint pain, and he was recommended to undergo SI Joint injections as had provided him with relief prior to the collision and attend physical therapy. Unfortunately, multiple SI Joint injections and physical therapy at Emory Rehabilitation provided Mr. Kapoor with minimal pain relief, unlike the 95% relief he reported prior to the collision.

To assess why Mr. Kapoor was not improving, an MRI of his lower back was performed. MRIs are diagnostic imaging tests that utilize magnetism to visualize bony and soft tissue structures, whereas x-rays primarily visualize bony structures. The human spine is made up of many small bones, called vertebrae. The lumbar spine contains 5 vertebrae. A cushion-like structure called a disc is located between each vertebrae. Mr. Kapoor's MRI showed severe spinal stenosis at the L4-5 vertebrae with neurogenic claudication. Spinal stenosis is a condition where the spinal canal, the bony tunnel that houses the spinal cord and nerve roots, becomes narrowed. This narrowing put pressure on the nerves, leading to various symptoms, including the symptomology shown by Mr. Kapoor. Neurogenic claudication is a condition that includes leg pain, numbness or weakness caused by compression of the nerves in the lumbar spine.

After 1 year of physical therapy and epidural steroid injections to his lumbar region were unsuccessful in alleviating his painful symptoms, I met with Mr. Kapoor to discuss his treatment options. I reviewed his medical records, diagnostic studies – including his x-rays and MRI results – and performed a physical examination of Mr. Kapoor. In addition to the severe lumbar stenosis,

TKD

I also diagnosed Mr. Kapoor with radiculopathy and spondylolisthesis at L4-L5. Radiculopathy is a condition due to a compressed nerve in the spine that can cause pain, numbness, tingling, and/or weakness along the course of the nerve. Spondylolisthesis is a spinal disorder in which one vertebrae slips forward onto the vertebrae below it. As conservative care had failed to resolve Mr. Kapoor's pain, I recommended that he undergo surgery.

On August 17, 2023, I performed Posterior Lumbar Interbody Fusion surgery at L4-5 at Wellstar Cobb Hospital. Posterior lumbar interbody fusion, or PLIF, is a surgical procedure used to correct problems with the small bones in the spine, or vertebrae. PLIF is a type of spinal fusion where the surgeon removes a spinal disc in the lower spine and inserts a bone graft into the space between the two vertebrae where the disc was removed, then installs hardware to ensure the bones remain in place as the graft heals. The surgery was performed without complication and Mr. Kapoor's post-surgery physical therapy initially showed a decrease in his pain levels.

However, he began to feel increasing pain in his lumbar spine after several months. Mr. Kapoor not only had increased lumbar pain, but weakness in both legs that made it difficult to stand or walk for longer than ten minutes at a time. New x-rays and MRIs of Mr. Kapoor's lumbar spine showed severe spinal canal stenosis at the L3-4 and L5-S1 vertebrae which were the reason for the increased low back pain and leg symptoms. Physical therapy and multiple steroid injections targeted at these lumbar regions did not provide Mr. Kapoor with more than temporary improvement of his low back pain. I met with Mr. Kapoor and recommended a second surgical intervention to his L3-S1 spinal region to address his ongoing pain.

On August 1, 2024, almost a year after the first surgery, I performed a Posterior Lumbar Interbody Fusion at L3-4 and L5-S1, with hardware revision at the previous surgical site of L4-5. This surgery was similar in nature to the first surgery but increased in scope to address the damaged lumbar spine above the previous surgical location and to include the lumbar spinal connection to the sacrum. Following this second surgery, Mr. Kapoor reported decreased lumbar pain and significant improvement to the weakness in his legs. Mr. Kapoor continues to have low back pain, but it appears to be manageable with conservative treatment after the success of the two surgeries.

Based on the history Mr. Kapoor presented, his prior treatment history with my office, Resurgens Orthopaedics, and my multiple examinations of Mr. Kapoor's spine, it is my medical opinion that within a reasonable degree of medical certainty that prior to the May 10, 2022, Mr. Kapoor's SI Joint pain was well managed and is not the same painful symptoms as his lumbar symptoms that arose after the May 10, 2022 motor vehicle collision. It is my medical opinion within a reasonable degree of medical certainty that Mr. Kapoor's lumbar back pain has resulted from pain as a direct result of the collision on May 10, 2022 and that the impact caused exacerbation to the damage to his lumbar spine creating neurological consequences and further disc issues, turning a manageable condition into a surgical problem. It is also my medical opinion to a reasonable degree of medical certainty that Mr. Kapoor's need for the two lower back surgeries I performed are related to pain as a direct result of the motor vehicle collision on May 10, 2022.

These opinions contained in this report are made with reasonable medical certainty.

TKD

This 22 day of April, 2025.

Tapan K. Daftari, MD

Sworn to and subscribed before me
on this date April 22, 2025

Melissa Mott
Notary Public
My Commission Expires: 3/11/2029

MELISSA MOTT
NOTARY PUBLIC
Douglas County, State of Georgia
My Commission Expires 03/11/2029

Dear Brij Kapoor,

It was a pleasure to see you today and review your health concerns. I appreciate the time you took to share details about your health and personal life. I've summarised our discussion below to help you remember what we covered.

Topic/Issue #1: Bladder Symptoms and Infection
During our discussion, we talked about the blood and tissue you saw in your urine bag, along with the new pain you experienced over your bladder. This can be alarming, but we believe the tissue you are passing is from bladder irritation caused by the catheter and not a sign of your old scar tissue returning. The blood and pain may be signs of a urinary tract infection. To address this, we are starting you on an antibiotic, Levofloxacin 500 mg once daily for 7 days. We discussed that potential side effects of this medication can include nausea, vomiting, diarrhea, and, rarely, tendon pain. We also exchanged your catheter today.

Topic/Issue #2: Managing Urinary Retention
Another key point we covered was the long-term plan for managing your inability to urinate. We confirmed from your recent tests that there is no blockage or scar tissue, but your bladder muscle itself has become weak after years of overworking. To help your bladder function better, we are starting a new medication called Bethanechol 50 mg. Common side effects of this can include flushing, sweating, abdominal cramps, and headache. For now, the safest option is to continue using the indwelling catheter.

Topic/Issue #3: Future Catheter Options
We also discussed the possibility of trying self-catheterization again. This is where you would insert and remove a catheter yourself several times a day instead of having one in place all the time. You are considering trying this next week. Because the indwelling catheter has been in place for a while, the passage may be more open, which could make self-catheterization easier than when you tried it before.

Next Steps:
- Start taking the Levofloxacin antibiotic as prescribed for the full 7 days.
- Start taking the new bladder medication, Bethanechol 50 mg, as prescribed.
- Continue with your pelvic floor physical therapy.
- You have a follow-up appointment with me next week to discuss how you are feeling and decide if you would like to proceed with trying self-catheterization.
- After your follow-up appointment, you will be given a diary to track your urination and catheter use. This will help us adjust your treatment plan.

Thank you for trusting me with your care. If you have any questions or concerns about anything we discussed, please do not hesitate to reach out.

Warm regards,

Herman Bagga, MD FACS

July 24, 2026

Honorable K. Michael Moore
United States District Court
Southern District of Florida

Re: United States v. Rishi Kapoor
Case No. 26-CR-20073

Your Honor:

My name is Romy Kapoor, and I am Rishi Kapoor's older brother. Rishi and I share the same father, and I am almost twenty years older than he is. Although the circumstances surrounding his birth were painful and complicated for our family, none of that was Rishi's doing. I was the first in our immediate family to visit him after he was born. I held him when he was only days old, and I remember that moment vividly. I loved him from that day forward, and that love has never wavered.

Because of the difference in our ages, my relationship with Rishi has often been part older brother and part second father. I was completing college and beginning law school during his early childhood, but we remained close and spent time together regularly. My mother, despite the pain she experienced, also chose to accept and love Rishi as an innocent child. Our family arrangement was unconventional and, at times, deeply dysfunctional. I cannot know precisely how growing up within those circumstances affected Rishi, but I believe they formed part of the emotional backdrop of his life.

From the time he was very young, Rishi was the focus of enormous attention from both of his parents. He was bright, energetic, charismatic, and remarkably charming. He was also indulged and rarely denied what he wanted. Our father celebrated Rishi's ambition and his attraction to success and the finer things in life. One of our family's longstanding memories is that, while most children would have been delighted with a Happy Meal, Rishi insisted on going to Red Lobster. It was amusing at the time, but it also reflected an early desire to distinguish himself and to experience more than what was ordinary.

For many years, Rishi has also expressed a persistent belief that he would die young and therefore had to accomplish everything quickly. I do not offer these aspects of his upbringing or personality as excuses for his conduct. They do, however, help me understand how his desire for success, recognition, and speed could become distorted and contribute to the decisions that have brought him before the Court. Rishi alone bears responsibility for those decisions and for the harm they caused.

The Rishi I have known throughout his life is also one of the most intelligent and charismatic people I have ever met. I have always believed that he has the capacity to accomplish meaningful things, and I have often been his greatest cheerleader. He is generous with his time, ideas, advice, and strategic thinking. He has offered those things not only to me and our family, but also to friends, colleagues, and younger people who worked with and for him. During my own time at

Location Ventures, I personally observed the attention he gave to mentoring others and helping them think through professional and personal challenges. At times, notwithstanding our age difference, he has even been like an older brother to me.

Since the collapse of Location Ventures and the events that followed, I have watched Rishi begin the difficult process of examining himself more honestly. I have seen regret, shame, and a growing recognition of the damage his actions caused—to others, to his family, and to his own life. Most importantly, I have seen him move toward accepting ultimate responsibility. I do not suggest that this process is complete. It is not. Genuine change will require humility, sustained effort, and accountability over a long period of time. But I believe that the process has begun.

For much of Rishi's life, his intelligence, charm, and the protection of those who loved him often insulated him from the full consequences of his mistakes. That is no longer true. The losses he has experienced, the shame he now carries, and the consequences imposed through this case are real and profound. My hope is that he will use this painful period not merely to endure punishment, but to reset his priorities, rebuild his character, and direct his abilities toward service rather than status.

I remain clear-eyed about Rishi's failings and the seriousness of the conduct that brings him before the Court. I also remain convinced that those failings are not the totality of who he is. His capacity to do good is substantial. If he commits himself to living with honesty, restraint, and concern for others, I believe his family, his friends, and the broader community can still benefit from his talents and experience.

I respectfully ask the Court, in determining an appropriate sentence, to consider the whole of Rishi's life, his emerging remorse and acceptance of responsibility, his genuine potential for rehabilitation, and the strong family support that will remain available to him. I will continue to stand by him, while also holding him accountable, and I will do everything reasonably within my power to help him build a lawful, constructive, and service-oriented life. I respectfully ask that the Court impose a sentence that recognizes the seriousness of his conduct while preserving a meaningful opportunity for rehabilitation and future contribution.

Thank you for considering my perspective and for the time and care the Court has devoted to this matter.

Respectfully,

Romy Kapoor
(404) 386-7404
Romykapoor93@gmail.com

Shiv K. Kapoor
18606 Gran Mesa
San Antonio, TX 78259

July 24, 2026

The Honorable K. Michael Moore, United States District Judge
United States Courthouse
400 North Miami Avenue
Miami, FL 33128

**Re: United States of America vs. Rishi Kapoor, Case No. 26-CR-20073**

Dear Judge Moore,

I am writing on behalf of my younger brother, Rishi Kapoor, for your consideration at sentencing. I served in the United States Air Force for 25 years and retired with the rank of Lieutenant Colonel.

Because of our age difference, my military career, and the fact that we have lived in different parts of the country for much of our adult lives, my interactions with Rishi have been limited during much of his adult life. As a result, I cannot speak broadly about all aspects of his life and character.

Although our contact was generally limited over the years, one thing that consistently stood out to me was that Rishi would reach out to me on Veterans Day to thank me for my military service. I always appreciated those messages and viewed them as thoughtful and sincere gestures.

After Rishi moved to Atlanta last year and I became more involved with our family's commercial property located in Atlanta, I had the opportunity to observe his efforts more closely through direct communications with him and correspondence regarding the Property on which I was copied. Based on those communications and interactions, I observed Rishi devote substantial time and effort toward helping with matters related to the Property. He approached those responsibilities seriously and professionally and invested significant effort in addressing issues affecting the Property. From my perspective, he was genuinely committed to helping the Property succeed.

I also observed Rishi assisting our father with various personal and health-related matters. Through communications and family discussions, I became aware of his efforts to help coordinate medical appointments and other needs as our father continues to deal with ongoing health issues. I viewed those efforts as meaningful and beneficial to our father and our family.

Based on my observations, I believe Rishi has the capacity to make positive contributions to his family and community in the future. I respectfully ask the Court to consider these observations in determining an appropriate sentence and to extend leniency to the extent the Court believes it is warranted.

Thank you for your time and consideration.

Respectfully,

Shiv K. Kapoor
Lieutenant Colonel, USAF (Ret.)

July 24, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

RE: UNITED STATES OF AMERICA v. RISHI KAPOOR
CASE NO. 26-CR-20073

Dear Judge Moore:

My name is Jan Kapoor, and I have been part of Rishi Kapoor's life for more than forty years. I am his stepmother, although over the years I have simply thought of him as family. I have watched him grow from a little boy into the man he is today, and I hope to share my perspective as someone who has known him through nearly every stage of his life.

When I first met Rishi, he was just a baby sitting in a little car seat on the floor. He was an innocent child who did not choose the complicated circumstances he was born into. His father divided his time between two households, and because his three older brothers were so much older than he was, Rishi often grew up more like an only child. Even so, he always had a family that loved him. Looking back now, I realize I truly had the privilege of watching him grow up.

Throughout those years, I always found Rishi to be loving, compassionate, and easy to be around. He made friends naturally and was involved in sports growing up. Despite coming from a family with financial means, I never saw him treat anyone as though they were beneath him. He welcomed people from every background, enjoyed collaborating with others, and wanted the people around him to succeed alongside him. That kindness has always been one of the qualities I admired most about him.

Family has always been important to Rishi. He has always been devoted to his wife, Jennie, and it has been clear to me how much they love one another. Watching everything that has happened over the past several years has been heartbreaking because I have also watched what it has done to Jennie. She has been left trying to hold everything together on her own while continuing to stand faithfully beside her husband. Their commitment to one another has never wavered.

Before Rishi's incarceration, he was also a tremendous source of support for his father. My husband, Brij, has significant health issues including his hearing, knees, and back, making many everyday tasks difficult. Rishi regularly helped him with errands, transportation, and moving around the house. When Rishi and Jennie stayed with us, they both helped prepare meals and care for Brij. While everyone in the family contributes where they can, Rishi became one of the people Brij relied upon most.

Today, what weighs on my husband more than anything is the fear that he may never see his youngest son again. Brij is eighty-nine years old, and he misses Rishi terribly. He often worries about what a lengthy prison sentence would mean at this stage of his life. As difficult as this situation has been for our entire family, I think it has been especially painful for a father who simply wants the opportunity to spend time with his son again.

During these past several years, I have also seen meaningful changes in Rishi. Jennie keeps us updated after her visits with him, and through her I have learned how he has been spending his time while in custody. Rather than sitting idle or feeling sorry for himself, Rishi has naturally begun mentoring other men who are facing similar circumstances. That does not surprise me. Helping others has always come naturally to him, and it comforts me to know that even in such a difficult environment, he is trying to make a positive difference.

Jennie has also shared that this experience has caused Rishi to become much more reflective. He has grown increasingly focused on his faith, his relationship with God, and examining the choices that brought him to this point. He has spent considerable time thinking about the life he wants to live moving forward and the kind of husband, son, brother, and member of the community he hopes to become. I believe this experience has humbled him in ways that nothing else ever could.

One of the changes that has meant the most to me has been watching Rishi rebuild his relationship with his father. Over the past few years, they grew much closer and found a renewed appreciation for one another. Rishi also began helping his father with his commercial property and spending more time together. Seeing that relationship heal has been a tremendous blessing for our family, and I know it has meant a great deal to both of them.

The loss of Rishi's mother affected him deeply. He was never someone who openly discussed his emotions, and I think he buried much of that grief by throwing himself into his work. Looking back now, I believe this experience has caused him to slow down and reflect on what truly matters. His priorities have shifted away from ambition and toward family, faith, gratitude, and making positive contributions to others.

I truly believe Rishi has learned from everything he has endured. He remains a highly intelligent and capable man with so much left to offer society. More importantly, he has become more humble, more appreciative of his family, and more focused on living a life guided by compassion and faith. I believe his renewed commitment to religion will continue to provide the foundation and accountability he needs moving forward.

Rishi has often been described as successful because of his intelligence, but that is not what I think defines him. I think what defines him is the love he has always shown to his family, the respect he has shown to people from every walk of life, and his willingness to help those around him. Those qualities have not disappeared. If anything, they have become even more evident through this difficult chapter of his life.

I respectfully ask the Court to consider the totality of Rishi's character, the sincere growth he has demonstrated, the positive influence he continues to have on those around him, and the loving family that stands ready to support him as he continues rebuilding his life. I believe he has accepted responsibility for his actions, learned from this experience, and has the capacity to continue making meaningful contributions to others in the years ahead.

Respectfully,

Jan Kapoor

Jan Kapoor

1055 Huntcliff
Atlanta, GA 30350
jankapoor@gmail.com
(404)723-8149

**Cheryl and Dennis Frank**
2677 Upper Ridge Rd.
Pennsburg, PA 18073

July 21, 2026

**Honorable K. Michael Moore**
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

**Re: Character Letter for Rishi Kapoor**

Dear Judge Moore,

We are Cheryl and Dennis Frank, the parents of Jennie Frank Kapoor and Rishi Kapoor's mother-in-law and father-in-law. We are both retired and have known Rishi for approximately sixteen years. We appreciate the opportunity to share our perspective as members of his family.

We understand that Rishi has been convicted of serious offenses that have caused harm to others. We do not pretend to know all of the facts surrounding this case or the legal matters before the Court. Those issues are beyond our knowledge. We do, however, understand that people have been hurt, and we know that Rishi must be held accountable for his actions. We simply wish to share the man we have known for many years and why we believe he has the ability to learn from this experience and become a better person.

When Rishi asked for Jennie's hand in marriage, Cheryl remembers telling him that Jennie had always been her happy child and asking him to keep her that way. Rishi looked her in the eye and promised that he would. For many years, we truly believed he had kept that promise.

Jennie was incredibly happy after meeting Rishi. At the time, she was working at the Miami Zoo, a job she genuinely loved. From everything we observed, Rishi treated her with kindness, respect, and encouragement. He treated our family the same way. Whenever we visited, he was gracious, welcoming, and enjoyable to be around. Jennie often had friends around, and Rishi treated every one of them with the same warmth and respect that he showed us.

One thing that always stood out to us was that Rishi never seemed to judge people based on their background or position in life. Whether someone was a professional, a

laborer, or anyone else, he treated people with dignity. Dennis enjoys teasing and joking with people, and Rishi always took it in stride with a smile. We never saw him put people down or make anyone feel less important than someone else.

We were proud of the life that Rishi appeared to be building. He worked incredibly hard and was deeply committed to his career. Dennis had opportunities to visit some of Rishi's development projects and was impressed by the amount of effort and attention to detail that went into his work. Rishi proudly showed him apartment developments near the University of Miami, condominium projects, and homes his team had developed. He spoke with pride about the people who worked alongside him and appreciated their contributions. He seemed genuinely invested in every aspect of his projects, from the overall design to the landscaping and interiors.

Rishi always struck us as someone who was intelligent, ambitious, and diligent. Whenever he stayed with us, he was often studying or researching something related to his work. He was meticulous about keeping records and approached everything with careful preparation. If someone had told us even two years ago that Rishi would one day be facing these circumstances, we never would have believed it.

The events of this case have deeply affected our family, especially our daughter. Jennie has faced tremendous emotional and financial hardship. She has sold many of her belongings, including her car, simply to stay afloat. She now works two jobs, one with a real estate group and another helping Rishi's father manage his commercial property, while traveling between Georgia and Florida to support both Rishi and his father. She carries an enormous burden and has remained steadfast in her commitment to her husband despite the challenges they face.

As parents, it has been heartbreaking to watch. In forty-one years, Cheryl cannot remember seeing Jennie cry as much as she has over these past several months. Jennie often feels helpless because she wants to support Rishi but does not know how. She is lonely, overwhelmed, and doing everything she can to hold their lives together. We cannot take that pain away from her, but we continue to support her, just as we support the decisions she has made regarding her marriage.

Despite everything that has happened, we do not hold any resentment toward Rishi. We continue to care about him because of the man we have known throughout the years. If Jennie believes in him enough to continue standing beside him through this difficult chapter, then we will continue to support both of them as well. We would welcome Rishi back into our family with open arms.

Although we have not been able to speak with Rishi since his incarceration, we have seen positive changes through Jennie. She has shared that she and Rishi study the

Bible together and that he has devoted significant time to reading, learning, and strengthening his faith. We are grateful to see faith become an important part of both of their lives. We believe this experience has caused Rishi to reflect deeply on his life and his choices.

We also know that before everything collapsed, Rishi struggled under tremendous stress and turned to alcohol in unhealthy ways. We understand that he has since committed himself to sobriety. We hope he continues on that path because we believe it is an important part of becoming the man he is capable of being.

Rishi is highly intelligent and has always been someone who learns quickly. More importantly, we believe he has the capacity to honestly reflect on his actions, accept responsibility, and grow from this life-changing experience. We have always known him as someone who treated people with kindness and respect, and we believe those qualities remain within him.

Thank you for taking the time to consider our perspective.

Respectfully,

Cheryl P Frank

**Cheryl Frank**
(215) 237-1850
cheryl_frank@comcast.net

Dennis E Frank

**Dennis Frank**
(267) 377-0478
dennisfrank04@gmail.com

July 24, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Character Letter for Rishi Kapoor

Your Honor,

My name is Adam Burnett. My wife is the sister of Rishi's wife. Rishi Kapoor is my brother-in-law. I am extended family, not a close confidant or business associate. I want to share some of what I have seen over the years, because I believe it matters.

A few years ago my marriage was struggling. Rishi went out of his way to reach out with calls and texts, just making sure I knew he was there. He didn't have to do that. Nobody asked him to. He just showed up when I needed someone.

He has also been a loving and present uncle to my three daughters throughout their whole lives. He genuinely invested in them, taking time to talk to them about school and their sports, playing with them, reading to them and encouraging them to think about their futures.

When he was arrested I made a choice to show up for him. Not because I am blind to what happened or to the real harm caused to real people. But because he was there for me, and I wanted to be there for him when everything was stripped away.

What I found was someone who was not bitter or broken. He was connecting with the people around him in that facility, men with very different lives and circumstances, with genuine curiosity and compassion. He was helping people and being helped in return. Even there, he was looking for ways to be useful to the people around him. I saw someone who was trying to offer encouragement and dignity to others even while facing his own circumstances. That was entirely consistent with the person I have known for years.

His motto through all of this has been, "one minute, one hour, one day." And he means it.

Over these past months, I have watched someone stripped of his career, his reputation, and nearly everything familiar to him. Yet I have continued to see the same qualities I have known for years: compassion, humility, and a genuine desire to contribute to the

people around him. Those experiences are why I believe he is sincere when he says he wants to spend his life making amends.

I am not asking the Court to overlook what happened. The harm was real, and I recognize that. I am simply asking the Court to consider the whole person. Based on what I have witnessed over many years, I believe Rishi Kapoor has the capacity to spend the rest of his life working to make things right.

Respectfully,

Adam Burnett

Adam Burnett
305-218-6361 | Adam@burnettfamily.com

**Nicholas Burnett**
8000 West Dr., Apt. 417
North Bay Village, FL 33141
Captain@nickburnett.com
(305) 796-6687

August 6th, 2026

**Honorable K. Michael Moore**
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

**Re: Character Letter for Rishi Kapoor**

Dear Judge Moore,

My name is Nicholas Burnett. I have known Rishi Kapoor since 2009, around the time he and his wife, Jennie, first met. My brother, Adam, is married to Jennie's sister, Becky, so our families have been closely connected ever since. Over the years, our relationship grew beyond family gatherings. As I worked with Rishi for nearly three years as the captain of his boat, giving me the opportunity to know him both personally and professionally. The many hours we spent together allowed us to have conversations that went far beyond work and gave me a unique perspective on his character.

When Rishi decided to purchase a boat, I offered my help because of my experience as a yacht captain. I intended to guide him through the early phases of yacht ownership, and what immediately stood out to me was how thoroughly he had researched the different boats he was considering. I grew to believe he was never someone who made important decisions impulsively. He preferred to understand every detail before moving forward, and that thoughtful approach carried over into other aspects of his life.

The time we spent together on the water gave us the opportunity to build a friendship that extended well beyond our family connection. Without the usual distractions of everyday life, we had engaged in conversations about work, family, and where he hoped his and Jennie's life was headed.

One thing Rishi shared with me repeatedly was that his greatest motivation was creating a secure future for Jennie and their family. While many people associated him with the business side of

real estate development, he often told me that what he truly enjoyed was the creative side of the work. He loved thinking about how projects could be designed, planned, and brought to life. As his company grew, however, he found himself spending more and more of his time working with investors and financial matters rather than focusing on development and design. He spoke openly about wanting to eventually return to the part of the business that had inspired him in the first place.

As an employer, I found Rishi to be respectful, fair, and thoughtful. He listened carefully before making decisions and genuinely wanted to understand another person's perspective. He was methodical in the way he approached problems and rarely acted on impulse. If he did not fully understand something, he continued talking it through until he believed he had considered every angle. In my experience, it is uncommon to meet someone who pays that much attention to detail before making important decisions.

As the investigation unfolded, I intentionally kept my distance from the legal details because I did not want to form opinions without firsthand knowledge. I asked Rishi one practical question because of my responsibilities as a captain: whether there were any restrictions preventing him from traveling. He told me he was cooperating with the investigation, attending the required meetings, and continuing to work with the authorities throughout the process. Beyond that, I chose not to involve myself in the legal aspects of the case.

What I did observe was how profoundly the experience changed him.

Long before his arrest, Rishi talked about wanting to redirect his life. He and Jennie first moved to Fort Lauderdale and later to Atlanta as they worked to rebuild and redefine their future together. Rather than dwelling on everything they had lost, they focused on the practical steps they needed to take to move forward. I feel many people would have struggled to adapt to such dramatic changes in their circumstances, but I admired the way they approached those challenges together with determination and optimism.

During that same period, I also noticed Rishi become increasingly grounded in his faith. Our conversations shifted away from work and toward family, personal growth, and spirituality. This was not something that began after he entered custody. I observed that change well beforehand. Faith became an important part of how he viewed his future, the mistakes he had made, wanting to face the situation head on and the life he hoped to build moving forward.

From my perspective, Rishi has accepted responsibility for where his decisions led him. He has never spoken to me as someone trying to avoid accountability. Instead, he has spoken about

learning from his mistakes, becoming a better husband and family member, and making sure that whatever he builds in the future rests on a stronger foundation than before.

One quality that has remained constant throughout the years I have known him is the care he puts into making important decisions. He thinks carefully, considers different viewpoints, incorporates Jennie's wellbeing and genuinely wants to understand situations before acting. Combined with everything he has experienced over the past several years, I believe those qualities will make him even more thoughtful and responsible moving forward.

I believe Rishi still has much to contribute to society. He is intelligent, creative, and capable of solving difficult problems, but what stands out to me today is not his professional ability. It is the humility, perspective, and renewed priorities I have seen develop through this experience. He remains focused on faith and family. While becoming more focused on living a balanced life of purpose than at any other time while I have known him.

I have watched Rishi grow as a husband, observed him as an employer, and stood beside him through one of the most difficult chapters of his life. I believe he has learned from this experience, accepted responsibility for his actions, and possesses the character and determination to make meaningful contributions if given the opportunity to continue rebuilding his life. In our conversations, he has also expressed a sincere desire to repay the investors who suffered losses to the greatest extent he is able. I believe that commitment reflects his determination to take responsibility not only through his words, but through his actions moving forward.

I thank you in advance for your consideration.

Respectfully submitted,

**Nicholas Burnett**

08/06/2026

| COLLEAGUES | |
|---|---|
| Raymond Gonzalez | Chief Technology Officer, Location Ventures; colleague of more than ten years |
| Boris Grandison | Project Manager, Location Ventures |
| Reinaldo Borges | Architect, Borges + Associates |
| Andrew Falsetto | F&B Partner, Location Ventures; co-owner of Ariete Hospitality Group |
| Michael Beltran | F&B Partner, Location Ventures; co-owner of Ariete Hospitality Group |

Raymond Gonzalez
8225 S.W. 2nd St.
Miami, FL 33144

August 3, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Character Letter for Rishi Kapoor

Dear Judge Moore,

My professional relationship with Rishi Kapoor began more than ten years ago after I responded to a Craigslist posting for a web development director. I was hired through someone else at the company and met Rishi shortly before he went on his honeymoon with his wife, Jennie. That introduction became the beginning of a professional relationship that spanned more than a decade and three different companies. I worked alongside Rishi from the early days of Virsocom, through Stradigys after an acquisition, and eventually as Chief Technology Officer at Location Ventures. Few people had the opportunity to watch his professional growth as closely as I did.

Throughout those years, what impressed me most was Rishi's ability to communicate a vision. Whether he was leading an internal meeting, presenting a new project, or speaking with clients, he had a natural ability to bring people together around a common goal. He made people believe difficult things were achievable if everyone committed themselves to the work. I learned a great deal simply by watching him lead.

When we transitioned from operating media and marketing companies into real estate development, it felt like a natural progression. Many of our clients were real estate developers, and we had spent years helping them market projects and grow their businesses. Rishi believed we could apply what we had learned to build developments ourselves, and I believed in that vision.

Location Ventures became the largest undertaking we had worked on together. The company created jobs, gave employees opportunities to advance professionally, and was beginning to expand beyond Florida with the goal of becoming a national development company. As an employee, I respected Rishi as a leader. He expected a great deal from all of us, but he also trusted people with meaningful responsibility and encouraged professional growth. Looking

back, many of us advanced in our careers because he was willing to give us opportunities that few companies would have offered.

Early in the life of Location Ventures, we often stayed after work discussing companies we admired and how they had grown. One of our first major projects involved a coworking concept, so we spent time studying companies like WeWork and the way they expanded. Rishi and I openly discussed how rapid growth could become dangerous. We were not trying to replicate the most aggressive examples, but in hindsight, the number of projects we pursued and the capital required to support them created tremendous pressure on the business.

As Chief Technology Officer, my responsibilities centered on technology and operations. I was not involved with investor relations or the financial aspects of the company. For that reason, the collapse of Location Ventures came as a genuine surprise to me. I saw the negative publicity beginning to affect the company's reputation, but I never expected everything to unravel as quickly as it did. Looking back, I believe the pace of expansion, the number of simultaneous projects, and the complexity of raising capital placed enormous pressure on the company.

What stayed with me most after the company closed was not our conversations about business. It was how personally Rishi carried the losses experienced by investors. He repeatedly told me that, if given the opportunity, he wants to find a way to make investors whole. Whether or not that is possible, I don’t doubt that he genuinely hopes he can. From my perspective, he takes those losses personally and feels a deep responsibility for what had happened.

After Location Ventures closed, we remained friends and continued spending time together. We even explored other business opportunities, and I also worked with Jennie as she began establishing herself as a realtor. Despite Rishi becoming understandably consumed by the legal proceedings, we stayed in touch and continued talking about life, work, and what the future might hold.

Over the past several years, I have watched Rishi confront the consequences of his decisions and the collapse of everything he spent years building. I believe he understands where mistakes were made, the harm experienced by others, and the responsibility he bears for those decisions. Based on everything I have observed, I do not believe he would repeat those mistakes.

I would work with Rishi again. I do not say that lightly. I say it after working beside him for more than a decade and seeing both his greatest successes and his greatest failures. Very few people possess the ability to build multiple companies, assemble talented teams, create jobs, and transform ideas into successful businesses. Those abilities have not disappeared. They are simply accompanied now by hard-earned lessons that only experience can teach.

I have seen Rishi succeed, I have seen him fail, and I have seen how he responded after failing. That final chapter tells me more about his character than the first two. I continue to believe he has the talent, leadership ability, and determination to make meaningful contributions if given the opportunity to rebuild his life responsibly. For that reason, I respectfully ask the Court to consider not only the mistakes that brought him before you, but also the person I have known throughout the past decade and the potential I believe he still has to contribute positively to society.

Sincerely,

Raymond Gonzalez
raygon3@gmail.com | 786-493-9924

**Boris Grandison**
11534 S.W. 135 Ct., Miami, FL 33186
bgrandison@bellsouth.net | 305-951-7532

August 3, 2026

**Honorable K. Michael Moore**
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

**Re: Character Letter for Rishi Kapoor**

Dear Judge Moore,

I met Rishi Kapoor around 2016 while we were both working at OceanLand Investments, a real estate development firm. Rishi was involved in managing marketing and property sales, while I worked as a project manager overseeing the design and construction of the developments. Our interactions at that time were limited, but several years later I had the opportunity to work much more closely with him at Location Ventures.

Around 2020, I was independently managing another project that was nearing completion when a mutual acquaintance told me that Rishi needed someone with my experience. I contacted Vivian Bonnet, who was leading construction at Location Ventures at the time. She told me the company needed additional support, that Rishi trusted my abilities, and that I should consider joining the team.

I initially worked for Location Ventures on a part-time basis as an independent contractor. After approximately one year working on a condominium development, I was invited to join the company as a full-time employee. I completed that project and then became the project manager for three urban development projects. This gave me a firsthand view of Rishi as an employer, a developer, and the person ultimately responsible for keeping a young and growing company moving forward.

The culture at Location Ventures was fair, organized, and comfortable. Rishi ran a tight ship. We had regular meetings, responsibilities were documented, and there were systems in place intended to help the company operate efficiently. Although the firm was still relatively young, I could see that Rishi was trying to create the structure of a well-functioning development company that could continue growing over time.

I enjoyed working there. Employees were well compensated, motivated to perform, and encouraged to advance. Many people did grow into higher-level positions. From my experience,

Rishi was genuinely interested in the well-being and professional development of the people who worked for him. I have nothing negative to say about the way he treated me or the other members of the team.

One particular incident showed me how strongly Rishi felt about protecting his employees. A buyer had treated members of the team disrespectfully, and Rishi responded with a detailed email defending their work and making it clear that he was willing to walk away from the condominium sale if the buyer could not treat his employees appropriately. He cared about protecting the company and its reputation, but he was also willing to protect the people doing the work. That stood out to me as an employee.

Rishi was level-headed and deliberate. He did not easily lose his composure, even when faced with pressure. In my dealings with him, he was fair. He was also highly motivated by the satisfaction of seeing a project completed properly.

What Rishi built at a relatively young age was significant. Location Ventures had approximately forty employees, multiple projects, and a team that was energetic and optimistic about the future. Not many people have the courage, strategic foresight, or ability to assemble and lead an organization of that size. Rishi openly expressed his goal of becoming one of the largest developers in the United States. From everything I saw, he intended to build a company that would operate for the long term.

The collapse of Location Ventures was deeply disappointing. I could see that the negative publications were damaging the company's reputation, but I did not initially expect the business to collapse completely. It was not until Rishi held a company meeting and explained that the firm would have to close that I understood the full extent of the situation. It was difficult to see a strong team and years of work end that way.

I understand that Rishi has admitted to serious wrongdoing and that his decisions caused harm. I do not offer my perspective to disregard the offenses or the losses experienced by others. I can only explain what I witnessed from inside the company and the pressures that came with leading multiple development projects.

Development is complicated, and problems do not result from the actions of only one person. Projects can go over budget, schedules can change, and mistakes can accumulate across multiple teams and areas of responsibility. Employees and consultants may finish their work and receive their paychecks, but the person leading the company remains responsible for finding a solution when something goes wrong.

Rishi carried that responsibility. Being on the ground floor, I saw the discussions and difficulties involved in trying to bring projects to completion. I could also see how those problems may have

contributed to the decisions that ultimately led to his downfall. He was leading a seven-year-old company and had not previously experienced a failure of this magnitude or learned how to recover from one. This became his first and most severe lesson.

In my view, Rishi was trying to keep the company operating while satisfying investors, project buyers, and the employees who depended on the business. That was an enormous amount of responsibility to carry. With hindsight, it is always easier to identify what should have been done differently. I believe Rishi now understands that certain choices made while trying to keep the company afloat were serious mistakes.

The consequences have already been substantial. The trust that investors and employees once placed in him has been damaged, and his reputation has suffered significantly. A basic internet search now immediately reveals his name and the circumstances surrounding Location Ventures. Because reputation was one of the reasons people were willing to invest in and support the company, rebuilding professionally will be much more difficult for him than it was before.

Even with those obstacles, I believe Rishi still has the ability to find meaningful work and use his skills in a way that benefits society. Regardless of how Location Ventures ended, very few people could have built what he built at his age. He has the ability to promote a project, earn support, assemble teams, and develop a business strategy. Those are skills that many people simply do not possess.

What I respect about Rishi is that he has demonstrated a combination of fortitude, knowledge, and ability that cannot easily be taught. He made serious mistakes and poor decisions, but he still understands how to build an organization and motivate people toward a shared goal. With the lessons he has learned from this experience, I believe those abilities can be redirected toward responsible and productive work.

This has been an extremely hard lesson, but I believe it is one Rishi has learned from. He is still capable of contributing his experience and talents to society. I respectfully ask the Court to consider the company he was trying to build, the responsibility he carried, the professional and reputational consequences he has already experienced, and his ability to apply what he has learned in a more careful and constructive manner moving forward.

Respectfully,

**Boris Grandison**

NOTARY PUBLIC STATE OF FLORIDA
JUDITH LEE
Notary Public - State of Florida
Commission # HH 730001
My Comm. Expires Oct 9, 2029
Bonded through National Notary Assn.

borges architects + associates

Reinaldo Borges
237 S. Dixie Highway, Suite 447
Coral Gables, FL 33133

July 24, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

**Re: Character Letter for Rishi Kapoor**

Dear Judge Moore,

I first met Rishi Kapoor approximately eleven years ago, before he formed his own development company. At the time, he was working in real estate marketing for other developers. I later had the opportunity to work with him professionally as an architect when my firm performed design work for Location Ventures.

Real estate development requires many people with different areas of expertise to work toward a shared vision. In my experience, Rishi understood that well. He was creative, collaborative, and easy to work with, and he assembled a strong team around him. At Location Ventures, he served as the primary visionary behind the projects while remaining open to the ideas and professional input of others.

My firm worked on two principal projects for Location Ventures. Both remained in the design stages and were never constructed because of the circumstances that later unfolded. Even so, the planning behind those projects gave me a clear view of Rishi's abilities as a developer. He had a strong understanding of how real estate products could respond to the needs of a community, and he was willing to consider concepts that were not already being offered in the market. His approach to short-term rentals and other project programming reflected an ability to identify opportunities and think beyond conventional development models.

That kind of innovation is not common. Rishi brought creativity, cultural perspective, and a willingness to take calculated risks to his work. Those qualities allowed him to imagine projects differently from many other developers. He did not simply repeat what others had

already done. He looked for ways to create something distinctive and responsive to the market.

I understand that serious events occurred at Location Ventures and that Rishi is now before the Court because of his actions. I do not seek to disregard the harm caused or the importance of accountability. I believe, however, that human beings can make serious mistakes and still deserve the opportunity to learn, change, and rebuild their lives. I am a forgiving person, and I believe strongly in second chances.

Over the past few years, Rishi and I have met occasionally for coffee or dinner. I have generally avoided pressing him for the intimate details of his legal situation. My instinct is often to take on the role of a father figure and offer advice, but I also wanted to respect what he and his family were experiencing. From our conversations, I understood that he was trying to help his wife, Jennie, build her own real estate career so that she could succeed professionally and they could begin finding a way forward together.

Jennie invited me to participate as a guest speaker at some of the property showings and luxury real estate events she was promoting. The presentations involved my work in sustainability and resilience. I was glad to support her efforts. It was clear to me that Rishi wanted to be an asset to Jennie as she began developing her career and creating an independent source of income for their household.

I have also seen the loyalty between Rishi and Jennie. These have undoubtedly been trying years for them as a couple, but Jennie has remained supportive of her husband, and it is obvious that she loves him. Knowing both of them, I hope they are given a meaningful opportunity to move beyond this period and rebuild their lives.

I would have no hesitation about working with Rishi again in the future once he is able to return to productive work. That does not mean I dismiss what occurred. It means that my professional experiences with him showed me an intelligent, capable, and collaborative person whose talents can still be put to constructive use. He is a considerate and innovative entrepreneur, both of which are valuable qualities in a responsible developer.

Rishi is still young and has much to offer his community and society. From what I have observed, he has spent considerable time reflecting on the actions that brought him to this point and considering what he wants his life to represent moving forward. I believe he has the ability to apply his intelligence and creativity in a more careful, grounded, and positive direction.

I respectfully ask the Court to consider Rishi's capacity for growth, the skills he can still contribute, and the support available to him as he works to rebuild his life. I believe a second chance would allow him to demonstrate that he has learned from this experience and can use his abilities for the benefit of others.

Respectfully,

Reinaldo Borges
rborges@borgesarchitects.com
305-322-5956

Andrew Falsetto
3225 Franklin Ave. CU1
Miami. FL 33133

August 13, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Character Letter - Rishi Kapoor

Dear Judge Moore,

I first came to know Rishi Kapoor in 2017 through Ariete, a restaurant I co-own, in Coconut Grove, Florida. He had become one of our regular guests, and because he was there so often and was known to our team as someone who was consistently pleasant and appreciative, I made a point of introducing myself. Not long after that, Rishi reached out to my brother and I to ask if we would meet with him to discuss hospitality, restaurants, and how those elements could fit into the real estate projects he was developing. That lunch was the beginning of a professional relationship and, over time, a friendship.

Rishi was building his real estate business while we were growing our hospitality company. Whenever he was considering a new project and wanted input on the hospitality side, he would reach out. We would discuss ideas for restaurants, cafés, hotel amenities, pool bars, grocery concepts, and other uses within his developments. Eventually, Rishi put us on retainer so that we could advise on the hospitality strategy across his projects.

I enjoyed working with him. He was easy to deal with, respectful, and willing to listen. Hospitality was not his area of expertise, and he never pretended otherwise. He leaned on us for advice and took our recommendations seriously. The relationship was direct and uncomplicated, which is something I value in business.

The person I saw professionally was very similar to the person I had first come to know as a guest in our restaurant. Rishi was courteous to our staff, complimentary, and pleasant to be around. Our team liked him. I also saw the way he interacted with his own employees, and that mattered to me. We place a great deal of importance on how people are treated within our own company, and I respected that Rishi appeared to value his people in a similar way.

Our work together continued until the end of 2024. By that point, it was clear that Rishi was experiencing serious problems with his business. There was no hostility between us when the work ended. I simply hoped he was okay.

After Location Ventures fell apart, I met Rishi for coffee a couple of times. The person sitting across from me was very different from the energetic, motivated person I had known through work. He seemed deeply discouraged yet reflective about what had happened. I did not know all of the details of the legal situation, so I did not try to interrogate him about it or form opinions about matters I did not understand. I mostly tried to be there as a friend and give him an opportunity to talk.

We continued checking in with one another from time to time after that. What I heard from Rishi was that he wanted to learn from this period of his life to rebuild and move forward. I cannot personally define the extent of his remorse or speak to legal issues I was never involved in. What I can say is that the Rishi I saw after the collapse was clearly affected by what had happened. He was not acting like someone who was untouched by the consequences.

Over the years, I have seen Rishi around many different kinds of people, including his staff, our staff, investors, longtime friends, and others in his professional circle. Based on my own experience, I cannot say anything negative about the way he treated people. He was consistently a kind, respectful, and hardworking gentleman.

There is no doubt that Rishi has a great deal left to contribute. I have known him through success and through an extraordinarily difficult period in his life, and my opinion of his fundamental character has not changed. He is intelligent, capable, hardworking, and someone who has always wanted his work to have a positive impact. If he has gone off course, I believe he is capable of learning from this experience and redirecting those qualities toward something positive and productive.From everything I have known of Rishi over the years, helping others, building, and contributing are very much in his nature, and I sincerely hope he is given the opportunity to put those qualities to good use again.

Respectfully,

Andrew Falsetto (Aug 21, 2026 09:38:08EDT)

Andrew Falsetto
Co-owner, Ariete Hospitality Group
afalsetts@gmail.com
786-514-6035

Michael Beltran
2368 S.W. 18th St.
Miami, FL 33145

August 9, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Character Letter for Rishi Kapoor

Dear Judge Moore,

I have known Rishi Kapoor for approximately eight to ten years, first as a regular guest at my restaurant, Ariete, in Coconut Grove, and later through our professional work together. I am a chef and co-owner of Ariete Hospitality Group, and my relationship with Rishi developed naturally over the years as I came to know him both across the table and as someone I eventually worked with.

Rishi became one of our best regulars at Ariete. He was always forthcoming with compliments about the food, the service, and the experience we were creating. What stood out to me just as much was how he treated our staff. He became someone our team genuinely enjoyed seeing and serving. He was friendly, personable, and consistently respectful to the people around him.

Our relationship eventually expanded beyond the restaurant when Rishi approached me for guidance on incorporating food and beverage concepts into some of the development projects at Location Ventures. Food and beverage was not his area of expertise, and I appreciated that he recognized that. Rather than assuming he knew what would work, he sought advice from someone who understood the industry.

We worked together for more than a year, and it was a great experience. Rishi was an excellent listener. He asked questions, considered my perspective, and was receptive when I explained how different food and beverage decisions could benefit his projects over the long term. I appreciated his willingness to listen and learn about an area that was outside his own expertise.

That experience also allowed me to see Rishi around his team. I always admired the way he interacted with the people who worked with him. He was well liked and likeable, and there was an energy around the team that reflected that. Rishi smiled often and

seemed comfortable engaging with everyone around him. The person I saw in a professional setting was consistent with the person my staff and I had come to know through his years of dining at Ariete.

I was no longer working with Location Ventures when the company collapsed, so I cannot offer the Court firsthand insight into what occurred during that period. My relationship with Rishi was based on the years before that, when I knew him as a regular guest, a professional collaborator, and someone whose company I enjoyed.

After Location Ventures closed, I saw Rishi only occasionally. He came into Ariete once or twice with his wife for an anniversary or birthday, but his visits became very infrequent. I knew he was going through a difficult period and did not expect to hear from him often. When I did see him, however, he remained the same kind and personable person I had known for years.

I can only speak from my own experiences with Rishi, and those experiences were consistently positive. I knew someone who treated my staff with respect, valued the expertise of others, listened when he had something to learn, and maintained good relationships with the people around him. Those qualities mattered to me when I worked with him, and they remain the qualities I associate with Rishi today.

I hope the Court will consider my perspective and the person I came to know over the years when determining an appropriate sentence.

Respectfully,

Michael Beltran
mbeltran93@gmail.com
786-546-5647

| FRIENDS OF LONG STANDING | |
|---|---|
| Harrison Winter | Friend of more than twenty years |
| Douglas Jay Goldman | Friend of more than twenty years; educator |
| Lee DeDore | Friend of more than twenty years |

**Harrison Winter**
1662 South Ocean Lane
Fort Lauderdale, FL 33316
harrison@harrisonwinter.com • (917) 940-2294

July 21, 2026

**Honorable K. Michael Moore**
United States District Court
Southern District of Florida

**Re: Character Letter for Rishi Kapoor**

Dear Judge Moore,

There are two very different chapters to my friendship with Rishi Kapoor. The first began when we met at the University of Miami. I was one year ahead of Rishi in college and became his fraternity "big brother." We became close friends almost immediately and remained that way throughout college and for several years afterward. Then life took us in different directions. We moved to different parts of the country, built careers, and over time we gradually lost touch. For more than a decade, we rarely spoke.

The second chapter began a few years ago. When I learned about everything Rishi was going through, I decided to reach out. I wanted him to know that someone from his past still cared enough to pick up the phone. I had no idea how much that simple gesture would mean to him until we reconnected. Since then, our friendship has become stronger than it ever was before, and I have had the opportunity to know Rishi in a way I never did during our younger years.

Looking back at our college years, what I remember most was not just Rishi's ambition. I remember his character. He was incredibly intelligent, level headed, and dependable. Leadership came naturally to him, but he never seemed interested in leadership for the title itself. People trusted him because he was authentic and genuinely cared about those around him. Being in his presence was easy because he was someone who listened, showed up for his friends, and made people feel valued.

One memory has stayed with me for more than twenty years. During my senior year of college, Rishi organized my birthday dinner. It was not a large celebration, just a handful of close friends getting together at a restaurant. He quietly took the initiative to organize the evening because he wanted to do something thoughtful for me. It may seem like a small gesture, but it perfectly reflected who he was. He consistently put effort into the people who mattered to him. That has not changed.

About nine months ago, I was trying to navigate whether to remain in a long-term relationship, whether I should move to another city, and how to process my divorce after seventeen years of marriage. During that same period, Rishi was facing extraordinary legal, financial, and personal pressures. Yet every time we spoke, he wanted to know how I was doing. Despite carrying an incredible burden himself, he listened, offered advice, and helped me think through difficult decisions without hesitation. I never felt like our conversations revolved around his problems. He remained the same friend I had always known, someone who genuinely cared about another person's well-being even while carrying struggles of his own.

Because I reentered Rishi's life during this chapter, I have seen firsthand what these past several years have done to him. He was remarkably honest with me about the fear, anxiety, and uncertainty he was living with every day. There were times when he believed everything around him was collapsing. He spoke openly about overwhelming financial pressure, losing his home, trying to determine what possessions he could sell simply to survive, mounting legal expenses, and the uncertainty of what would happen next.

He also shared something far more personal. There were moments when the weight became so unbearable that he contemplated ending his own life. He told me that he had even sent goodbye messages to a few people before ultimately deciding not to go through with it. Those conversations made it painfully clear how deeply he was struggling. This was not simply someone dealing with legal problems. This was someone trying to survive emotionally while everything he had built seemed to be disappearing around him.

As a business owner myself, I understand how overwhelming professional setbacks can become. Even difficult years in business create tremendous stress. What Rishi experienced went far beyond that. He became isolated from many of the people who had once surrounded him. Outside of his family and a very small circle of friends, many people simply disappeared from his life because of the public attention surrounding his case.

What impressed me most was not that he endured those hardships, but how he chose to respond to them. Rather than allowing himself to remain consumed by anxiety and depression, Rishi sought professional help. He began seeing a psychologist and committed himself to therapy to address his anxiety, depression, overwhelming stress, and suicidal thoughts. He understood that if he was going to move forward, he needed to rebuild himself from the inside out.

Watching that process unfold has been remarkable. If you had asked me twenty years ago to describe Rishi, I would have talked about his leadership and ambition. If you asked me today, I would instead tell you about his gratitude.

The conversations we had during these past two years were not centered on success or achievement. They have been centered on family, faith, relationships, and appreciating the people who remain in his life. He has spoken often about reconnecting with his father, repairing

that relationship, and helping care for him and his father's commercial property. He has also spoken frequently about his renewed faith and spirituality, subjects that now occupy a meaningful place in his life. Those changes have been consistent over the past several years and have fundamentally reshaped the way he views his future.

From everything I have observed, Rishi is no longer chasing the same life he once pursued. He has become far more grounded, reflective, and appreciative of the things that truly matter. I also believe he has already paid an extraordinary personal price. He has lost nearly everything he built, including his financial security, his possessions, much of his reputation, and many of the relationships he once relied upon. He has lived with profound anxiety, depression, shame, and uncertainty for years. This has unquestionably changed him.

Rishi remains one of the brightest people I have ever known. More importantly, he now possesses a humility and perspective that I did not see when we were younger. I believe he has the intelligence, compassion, and renewed sense of purpose to continue contributing positively to society and to the people fortunate enough to know him.

When I first reached back out to Rishi, I simply wanted an old friend to know he had not been forgotten. I never expected that decision would allow me to witness such profound personal growth. The man I speak with today is not defined by the career he once built or the success he once pursued. He is defined by the relationships he has fought to rebuild, the faith he has embraced, and his sincere determination to become a better man.

Respectfully,

**Harrison Winter**

Douglas Jay Goldman
14 Birch Dr.
Mount Kisco, NY 10549
Djaygoldman@gmail.com
(914) 819-8490

July 21, 2026

Honorable K. Michael Moore
United States District Court
Southern District of Florida

Re: Character Letter for Rishi Kapoor

Dear Judge Moore,

My name is Douglas Jay Goldman, and I am honored to write this letter in support of my longtime friend, Rishi Kapoor. I have known Rishi for nearly twenty-four years. We first met in the fall of 2002 as freshmen at the University of Miami, where we lived on the same dormitory floor. Over the next four years, we became suitemates, fraternity brothers, and eventually best friends. During our undergraduate years, we spent nearly every day together. I came to know Rishi as someone with strong values, genuine curiosity, and a sincere desire to make a positive impact on the people around him.

I understand the seriousness of Rishi's legal matters. While I was never involved in or knowledgeable about Rishi's business dealings, I have seen firsthand the remorse he carries and the meaningful changes he has made over the past two years. It is because of those personal observations that I write this letter.

From the very beginning of our friendship, Rishi stood out as someone who naturally brought people together. Our freshman dormitory had roughly forty young men living on the same floor, and Rishi seemed to know everyone. His room was always open, and he had an engaging personality that made people feel welcome. We quickly became close through our shared interests, whether it was sports, history, current events, or simply long conversations about life.

As members of the same fraternity, our friendship grew even stronger. We lived together in the fraternity house during our junior and senior years. Rishi later served as president of our fraternity while I focused on recruitment. We worked side by side to strengthen the organization, recruit young men who shared our values, and create an environment where members could support and mentor one another. We believed leadership meant leaving something better than we found it, and that was a philosophy Rishi genuinely embraced.

One of the strongest bonds in our friendship was our shared belief that success should be measured not only by personal achievement but also by helping others. We both cared deeply about mentoring younger students, encouraging our peers, and finding ways to make a positive difference in the lives of those around us. Although our careers ultimately took us in very different directions, those values remained constant.

Rishi has always been entrepreneurial, while I chose a career in education. I often had ideas that I enjoyed discussing, and Rishi had a unique ability to think through how those ideas could become reality. In return, I often relied on him for advice about relationships, personal decisions, and life in general. He was someone I trusted because he cared about people and genuinely wanted those around him to succeed, regardless of someone's ethnicity or background.

After college, our lives naturally became busier. Rishi remained in South Florida while I returned to New York to begin my career as an educator. Like many longtime friends, we stayed connected through life's milestones, including marriages, birthdays, and the birth of my children. Although we no longer spoke as frequently as we had in college, our friendship remained important to both of us.

When news surrounding Rishi's case became public, I reached out because I wanted to hear directly from my friend and let him know he was not alone. That decision allowed us to reconnect in a meaningful way. Since then, I have met with Rishi in person and have had many conversations with him about the profound changes this experience has brought to his life.

The Rishi I have come to know during the past two years is someone who has taken a hard look at himself. He has shared with me that he began working with a psychologist and has intentionally rebuilt relationships with family members and close friends. He recognizes the importance of surrounding himself with people who keep him grounded and accountable. From my perspective, these are not simply words. They reflect meaningful changes in the priorities and relationships that now guide his life.

What has impressed me most is Rishi's desire to repair relationships that have been damaged. One of our college suitemates later became involved professionally with someone connected to Rishi's business. During our conversations, Rishi spoke about how important it was to him to make amends with that friend and to rebuild trust where possible. I cannot speak for every relationship in his life, but I know his desire to seek reconciliation in this instance was genuine. It reflected the same loyalty to friendships that I witnessed throughout our years together.

I also continue to see the same qualities that first drew me to Rishi as a friend over two decades ago. He still wants to help people. He still enjoys mentoring others, encouraging them, and finding ways to improve the lives of those around him. Those characteristics existed long before his business career, and I believe they remain an important part of who he is today.

I cannot speak about the businessman because I was never part of that chapter of his life. I can only speak about the friend I have known since we were eighteen years old. That friend is someone who valued relationships, believed in serving others, and wanted to leave people and places better than he found them. I believe those qualities continue to exist beneath the mistakes that brought him before this Court.

I also believe Rishi has the capacity to continue doing meaningful good in the future. He is intelligent, thoughtful, and deeply relationship driven. I have seen him become more reflective, more grounded, and more focused on the people in his life than I have ever seen before. I believe he has the ability to continue making amends, strengthening his relationships, mentoring others, and contributing positively to his community.

I respectfully ask that you consider not only the seriousness of Rishi's offense but also the character I have witnessed over the course of nearly twenty-four years, the genuine remorse and personal growth I have observed, and the potential I believe he has to continue making positive contributions to the lives of others.

Respectfully,

Douglas Jay Goldman

Lee DeDore
717 Brewster Ave.
La Grange Park, IL 60526
lee.dedore@gmail.com
(773) 910-0652

July 21, 2026

Honorable K. Michael Moore
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Ave., Room 13-1
Miami, FL 33128

Re: Letter of Support for Rishi Kapoor

Dear Judge Moore,

My name is Lee DeDore, and I am writing on behalf of my longtime friend, Rishi Kapoor. I have known Rishi since our undergraduate years at the University of Miami, where we met through mutual friends in our fraternity. More than twenty years later, I still consider him one of my closest friends. Although our careers and lives eventually took us in different directions geographically, we have remained close over the years through regular visits, conversations, and a friendship that has endured well beyond college.

Friendships that last more than twenty years allow you to see someone through both successes and failures. They also allow you to distinguish between a person's mistakes and the qualities that have consistently defined them over time. I fully recognize that Rishi's offenses are serious. I do not excuse what occurred. Rather, I hope to share my firsthand perspective of the person I have known since we were eighteen years old and why I believe he is capable of learning from this experience, making amends where he can, and becoming a positive influence again.

From the time I first met Rishi, he stood out as someone who was outgoing, intelligent, and naturally drawn to leadership. It did not take long before he assumed leadership roles within our fraternity, eventually serving as president. He also took on leadership responsibilities in academic organizations. The positions he held were never simply titles to him. He genuinely cared about building strong communities and creating positive experiences for the people around him.

Throughout college, we worked together on numerous fundraising and philanthropic projects. Those experiences reinforced what I had already come to appreciate about Rishi. He was compassionate, communicative, and driven. He believed that leadership meant bringing people together, listening to others, and working toward something larger than himself. He had an ability to motivate people and inspire them to become involved.

Even after college, I watched those leadership qualities continue to develop. Rishi remained ambitious and driven, and his ability to organize people and move ideas forward only grew stronger. At the same time, one quality always remained constant. He wanted the people he cared about to be part of his life and part of his success. He was someone who valued relationships deeply and made it a priority to include friends and family whenever he could. Looking back, I believe that desire may have become a weakness at times, but it came from a place of loyalty rather than selfishness.

Although our professional paths were very different, we never lost our friendship. We visited each other throughout the years and remained part of each other's lives. Because of that, I have had the opportunity to watch Rishi grow over more than two decades, not only as a professional, but as a person.

At his core, I do not believe Rishi has changed. The same qualities I saw when we were young are still present today. He genuinely loves the people who are important to him. He wants to keep those relationships close, and he cares deeply about the well-being of his friends and family. That has always been one of the defining characteristics of his personality.

I do not believe the conduct that brings him before this Court reflects the values that have guided him throughout the many years I have known him. When we were younger, Rishi was someone who was determined to find a way to accomplish whatever goal he set for himself. If he believed something could be achieved, he worked relentlessly toward it. That determination became one of the defining characteristics of his career. From my perspective, the ambition that drove him was never about harming others. It came from his determination to succeed and his genuine desire to create opportunities for the people around him and see them grow.

After more than twenty years of friendship, I have come to know Rishi as a compassionate, loyal, and well-intentioned person whose mistakes do not define the entirety of his character. I believe this experience has fundamentally changed Rishi. While the consequences of his actions are serious, I also believe he is learning from them. He is thoughtful, highly capable of self-reflection, and possesses the intelligence and emotional maturity to grow from adversity. Those are qualities I have seen consistently throughout our friendship.

Perhaps more importantly, I believe Rishi still has much to offer other people. Throughout his life, he has naturally gravitated toward leadership, mentoring, and bringing people together. Those qualities have always been part of who he is, and I believe they can continue to positively influence those around him in the years ahead.

Respectfully submitted,

[signature]

Lee DeDore 7-21-26

| COMMUNITY LEADERS | |
|---|---|
| Col. James Fowler, USAF (Ret.), and Ramona Fowler | Family friends, foundation, and civic board leadership |

**The Honorable K. Michael Moore**
United States District Court
Southern District of Florida

**Re: Character Reference for Rishi Kapoor**

Dear Judge Moore:

We are writing to respectfully offer our perspective regarding Rishi Kapoor as you consider his sentence. We understand the seriousness of these proceedings and appreciate the opportunity to share our personal observations of his character.

We are Jim and Ramona Fowler. Jim is a retired United States Air Force Colonel who served for 38 years in positions of increasing leadership and responsibility, including command assignments requiring the evaluation of the integrity, judgment, and reliability of thousands of military members. Throughout his military career, he was responsible for assessing the character and leadership of individuals entrusted with significant responsibilities. Following his military service, he spent more than 25 years with American Airlines, owned and operated several successful businesses, and currently serves as Founder and CEO of the How to Beat Prostate Cancer Foundation.

Ramona Fowler co-owned and successfully operated several healthcare consulting companies. She helped hundreds of hospitals, health systems and academic medical centers improve their financial and quality performance while managing and mentoring large numbers of professionals. Through her business career, she developed extensive experience evaluating people, building trustworthy teams, and recognizing integrity in others. She currently serves on the Board of Directors of the Community Foundation of Broward and on the Board of Directors of Coral Gables Trust Company, reflecting her longstanding commitment to ethical leadership, philanthropy, and community service.

Collectively, our careers in military leadership, business, healthcare, philanthropy, and nonprofit organizations have required us to evaluate the character, judgment, honesty, and trustworthiness of thousands of individuals over many decades. Those experiences have taught us that while people can make devastating mistakes, their true character is best measured by the consistency of how they treat others over time. It is from that perspective that we offer our observations of Rishi.

We have known Rishi and his wife, Jennie, for several years as close personal friends. During that time, we have spent considerable time together socially, including dinners, boating, and other gatherings. These experiences have allowed us to know them well and to observe their relationship, their values, and the way they interact with family, friends, employees, and others.

One of the qualities that has consistently stood out to us is the respect Rishi shows to everyone around him. Whether speaking with a business executive, an employee, restaurant staff, or someone he had just met, he consistently treated people with courtesy, patience, dignity, and kindness. His character has always been reflected in the countless everyday interactions that reveal who a person truly is when no one is watching.

Throughout our friendship, we have also observed the genuine love and commitment that exists between Rishi and Jennie. They have always appeared to be true partners who support one another through life's successes and challenges. We have likewise observed Rishi's devotion to his family, particularly the care and concern he has consistently shown for his father. Family has clearly been one of the defining priorities in his life.

Jim's military career required him to evaluate people under circumstances where character, integrity, and judgment were critically important. Over nearly four decades of service, he learned that character is not measured by words alone but by consistent patterns of behavior observed over time. Likewise, Ramona's decades of building businesses and serving on nonprofit and corporate boards have required her to identify people worthy of trust and responsibility. Based upon our combined experiences and our years of friendship with Rishi, we came to know him as someone who is compassionate, respectful, generous, and genuinely concerned about the people around him.

We are fully aware that Rishi has pled guilty to serious federal offenses. We do not excuse, minimize, or attempt to justify his conduct. We recognize that many people suffered significant financial losses and emotional hardship, and Rishi must be held accountable for the decisions he made. Our purpose in writing is not to diminish the seriousness of his crimes but to provide the Court with a fuller understanding of the man we have known outside of this case.

Since the collapse of his company and throughout these proceedings, we have seen a man who has been deeply humbled by what has occurred. In our conversations with him, he has never attempted to convince us that he was a victim or to shift blame to others. Instead, we have seen someone who recognizes the profound consequences of his actions, understands that many people were hurt, and has accepted responsibility by entering a guilty plea. While nothing can undo the harm that was caused, we believe his remorse is sincere.

We also believe that Rishi has much to offer his family and his community after he completes his sentence. The qualities we have observed over the years—his intelligence, work ethic, compassion, and devotion to those he loves—remain part of who he is. We believe he has the capacity to rebuild his life in a way that benefits others and honors the trust that he violated. Based upon everything we know about him, we do not believe he

presents a meaningful risk of reoffending, and we do not believe he will ever again appear before a court as a criminal defendant.

Throughout our lives, we have learned that while people must be held accountable for their mistakes, they should also be judged by the totality of their lives and by their demonstrated capacity for rehabilitation. Accountability and mercy are not mutually exclusive. We respectfully submit that Rishi is more than the crimes for which he now stands before the Court. We believe he has accepted responsibility, possesses genuine remorse, has the ability to live an honorable and productive life after serving his sentence, and deserves the opportunity to demonstrate that rehabilitation.

Thank you for considering our observations as part of your sentencing decision.

Respectfully submitted,

**James S. Fowler**
Colonel, United States Air Force (Retired)
Founder & CEO, How to Beat Prostate Cancer Foundation
jim.fowler@fowlerenterprises.com
954-254-2084

Ramona Fowler

**Ramona Fowler**
Director, Coral Gables Trust Company and Community Foundation of Broward
Founder & CEO, Fowler Healthcare Partners
Ramona2email@gmail.com
954-646-2901